# United States Court of Appeals for the Federal Circuit

---

**METROM RAIL, LLC,**
*Appellant*

**v.**

**SIEMENS MOBILITY, INC., HITACHI RAIL GTS USA INC., FKA GROUND TRANSPORTATION SYSTEMS USA INC., HUMATICS CORP., PIPER NETWORKS, INC.,**
*Cross-Appellants*

---

2024-2223, 2024-2236, 2024-2264

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2023-00468, IPR2023-00470.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART AND REVERSED-IN-PART**

FOR THE COURT

May 11, 2026
Date

Jarrett B. Perlow
Clerk of Court